IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STOKLEY CHAFFEE, | No. C 05-01290 SI |
| Plaintiff, | **ORDER TO SHOW CAUSE RE FAILURE TO FILE PERIODIC STATUS REPORTS** |
| v. | |
| ECHOSTAR COMMUNICATIONS, | |
| Defendant. | |

On October 6, 2005, the Court entered an Order granting defendant Echostar Communications Corporation's motion to compel arbitration and stay judicial proceedings. The parties were ordered to provide a written report to this court, every 90 days from the date of the Order, concerning the status of the arbitration proceedings and the estimated date of completion. One such report was filed, on April 2, 2006. Nothing has been heard from the parties since.

**The parties are hereby ORDERED TO SHOW CAUSE, in writing filed on or before March 30, 2007, why they have violated the Order requiring status reports. The parties are further ORDERED to file, on or before March 30, 2007, a report describing the status of the arbitration proceedings and the estimated date of completion.**

**IT IS SO ORDERED.**

Dated: March 16, 2007

SUSAN ILLSTON
United States District Judge