IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STOKLEY CHAFFEE, | No. C 05-01290 SI |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| ECHOSTAR COMMUNICATIONS, | |
| Defendant. | |

In response to this Court's March 16, 2007 Order to Show Cause, defense counsel provided a letter representing that the Final Award of arbitrator was issued on December 5, 2006 and that the case has thus been resolved.

Based on that representation, this action is hereby DISMISSED. However, if any party hereto certifies to this Court, with proof of service of a copy thereon on opposing counsel, within 30 days of the date hereof, that completion of the arbitration has not in fact occurred, the foregoing order shall be vacated and this cause shall forthwith be restored to the calendar for further proceedings.

**IT IS SO ORDERED.**

Dated: March 19, 2007

SUSAN ILLSTON
United States District Judge